UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:19-CR-00214(1)-ADA |
| | § | |
| (1) BRANDON ALLEN WHITMAN | § | |

## AMENDED ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  February 14, 2023 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) BRANDON ALLEN WHITMAN, which alleged that Whitman violated a condition of his supervised release and recommended that Whitman's supervised release be revoked (Clerk's  Document No. 40).  A warrant issued and Whitman was arrested.  On February 24, 2023, Whitman appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Whitman appeared before the magistrate judge on March 14, 2023, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge.  Following the hearing, the magistrate judge signed his report and recommendation on March 14, 2023, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the

Order amended to update correct sentence.

original offense and the intervening conduct of Whitman, the magistrate judge

recommends that this court revoke Whitman supervised release and that Whitman be

sentenced to imprisonment for One year and One day, with no term supervised release to

follow the term of imprisonment  (Clerk's  Document  No. 53).

A party may serve and file specific,  written  objections to the proposed  findings

and recommendations of a magistrate  judge within fourteen  days after being served

with a copy of the report and recommendation, and thereby secure a *de novo* review by

the district court.  *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).   A party's failure to

timely file written  objections to the proposed findings, conclusions, and recommendation

in a report and recommendation bars that party, except upon grounds  of plain error, from

attacking  on appeal the unobjected-to proposed  factual findings and legal conclusions

accepted by the district court.  *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th

Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences

of a failure to file objections.

On March 14, 2023, following the hearing on the motion to revoke supervised

release, all parties  signed  a Waiver  Of Fourteen  Day Rule  For Filing  Objections To

Report  and Recommendation OfUnited States Magistrate Judge (Clerk's Document No.

52). The court, having reviewed the entire record  and  finding no plain  error, accepts

and adopts the  report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the

United States Magistrate  Judge  filed  in this  cause  (Clerk's Document No. 53 )  is

hereby  ACCEPTED AND ADOPTED by this court.

   **IT IS FURTHER ORDERED** that Defendant  (1) BRANDON ALLEN

WHITMAN's term of supervised  release is hereby REVOKED.

   **IT IS FURTHER  ORDERED** that Defendant (1) BRANDON ALLEN WHITMAN

be imprisoned for  One year and One day with no term of supervised release.

   Signed this 30th day of March, 2023.

   _____
   ALAN D ALBRIGHT
   UNITED STATES DISTRICT JUDGE